# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JILL W. SWEENEY,<br><br>    Plaintiff,<br><br>v.<br><br>NEWREZ, LLC D/B/A SHELLPOINT MORTGAGE SERVICING,<br><br>    Defendants. | Case No. 4:24-cv-04909 |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jill W. Sweeney and Defendant Newrez LLC d/b/a Shellpoint Mortgage Service have resolved the underlying dispute. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff and Defendant submit this Agreed Stipulation of Dismissal with Prejudice to the Court.[1]

Dated: May 28, 2025

Respectfully submitted,

**HUSCH BLACKWELL LLP**

/s/ Meghann D. Reeves
Lauren E. Hayes
Texas Bar Number 24081961
Southern District ID 2284655
Lauren.Hayes@huschblackwell.com
111 Congress Avenue, Suite 1400
Austin, TX 78701
Phone: 512.479.1163
Fax: 512.479.1101

and

---

[1] "Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing…a stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(ii).

Meghann D. Reeves
Texas State Bar No. 24094499
Southern District ID 3290487
Meghann.Reeves@huschblackwell.com

1900 N. Pearl St., Suite 1800
Dallas, TX 75201
(214) 999-6100  Phone
(214) 999-6170  Fax

**ATTORNEYS FOR DEFENDANT**

**AND**

*/s/ John G. Helstowski*
John G. Helstowski
J. Gannon Helstowski Law Firm
5209 Heritage Avenue, Suite 510
Colleyville, Texas 76034
Telephone:  817.382.3125
Facsimile:  817.382.1799
jgh@jghfirm.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

 The undersigned herby certifies that a true and correct copy of the foregoing has been electronically filed with the Court via the Court's CM/ECF electronic filing system and served upon all counsel registered with CM/ECF on May 28, 2025.

               */s/ Meghann D. Reeves*
               Meghann D. Reeves